















CAG    7/8/02    15:20

3:02-CV-00870    MARSHALL V. PEREGRINE SYS INC

*10*

*O.*

FILED

02 JUL -8 PM 2:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MARSHALL, on Behalf of Himself and All Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>          v.<br><br><br><br><br><br><br><br><br><br>PEREGRINE SYSTEMS, INC.; JOHN J. MOORES; STEVE GARDNER; MATT GLESS; and CHRISTOPHER COLE,<br><br>                                    Defendants.<br><br>AND RELATED CASES | CASE NO. 02-CV-870 J<br><br>RELATED CASE NUMBERS:<br><br>02-CV-871<br>02-CV-882<br>02-CV-885<br>02-CV-886<br>02-CV-887<br>02-CV-890<br>02-CV-891<br>02-CV-902<br>02-CV-906<br>02-CV-921<br>02-CV-926<br>02-CV-951<br>02-CV-979<br>02-CV-996<br>02-CV-1002<br>02-CV-1010<br>02-CV-1011<br>02-CV-1022<br>02-CV-1035<br>02-CV-1047<br>02-CV-1060<br>02-CV-1061<br>02-CV-1073<br>02-CV-1095<br>02-CV-1120<br>02-CV-1168<br>02-CV-1174<br>02-CV-1176<br>02-CV-1194<br>02-CV-1207<br>02-CV-1208<br>02-CV-1238<br><br>**ORDER VACATING HEARING DATE** |

- 1 -

Plaintiff Alan Marshall filed a motion to consolidate the above-referenced cases. The motion is set for hearing on October 7, 2002, in this Court. Because of the complex nature of this motion, the Court finds it expedient to hear the motion to consolidate as soon as possible.

Accordingly, the Court sets the following briefing schedule:

Any Opposition to the motion to consolidate must be filed on or before **July 17, 2002.**

Any Reply to the Opposition must be filed on or before **July 22, 2002.**

After papers are filed, the parties shall await further orders from this Court.

**IT IS SO ORDERED.**

DATED: Sep 8, 2002

NAPOLEON A. JONES, JR.
United States District Judge

cc: All Parties

- 2 -

02-CV-870 J