















CSG    7/25/02    6:50

3:02-CV-00870    PEREGINE SYSTEMS INC V.

*68*

*O.*

FILED

02 JUL 23 PH 3:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE PEREGRINE SYSTEMS, INC.   )   Civil No. 02cv870-J (RBB)
SECURITIES LITIGATION           )
                                )
_____ )   **PRE-ANSWER CASE MANAGEMENT**
                                )   **ORDER NO. 1**
This Document Relates to: All Actions )
                                )
_____ )

So that the above-captioned case may be effectively managed, the Court ORDERS the following:

1.    Motions for lead plaintiff and lead counsel are calendared to be heard on ***October 7, 2002*** and shall be filed on or before ***September 3, 2002***. Opposition briefs shall be filed on or before ***September 16, 2002***. Any reply brief may be filed on or before ***September 30, 2002***. Those motions for lead plaintiff and lead counsel already filed will be considered unless withdrawn. However, counsel are advised that in the future any motion filed without first obtaining a hearing date will be ordered "not filed" and returned to counsel. (*Supra* ¶ 4(a)).

2.    Lead counsel shall file a consolidated complaint on or before ***December 9, 2002***. Counsel are advised that the consolidated complaint must be pled in accordance with the Ninth Circuit's standard as set forth in *In re Silicon Graphics Inc. Securities Litigation*, 183 F.3d 970 (9th Cir. 1999), which is controlling law in this district.

3.    Defendants shall file an answer or appropriate motion ***to be heard*** on or before ***January 6, 2003***. When obtaining a hearing date, counsel must be ready to file the motion within 48-



1

02cv870-J (RBB)

1 | hours. Any motion to dismiss that does not identify the elements of the claims will be denied without
2 | prejudice. Any summary judgment motion must be accompanied by a separate statement of undisputed
3 | material facts. Requests to continue a summary judgment hearing date must meet the standard set forth
4 | in Rule 56(f) of the Federal Rules of Civil Procedure.

5 |     4.    The Court requires strict compliance with the local rules unless it finds that unique
6 | circumstances warrant accommodation. Counsel not familiar with the local rules for the Southern
7 | ·District of California are advised to learn them. Counsel may obtain a copy at
8 | www.uscourts.gov/rules/distr-localrules.html. Without diminishing the importance of other local rules,
9 | the Court points to the following:

10 |     a.    Civil Local Rule 5.1 -- format of pleadings and the filing of papers. Civil Local
11 | Rule 5.1(j)(4) requires that counsel obtain a hearing date from the judge's law clerk *before* filing a
12 | motion. Documents that do not have a hearing date, or which fail to comply in any other way, are
13 | "received" instead of "filed" and forwarded to chambers with an accompanying discrepancy notice
14 | indicating why they were not filed. The Court may order the documents filed *nunc pro tunc* or "not
15 | filed" and returned to counsel. ***Do not call chambers regarding discrepancy notices***.

16 |     b.    Civil Local Rule 7.1 -- motion practice, extensions, enlargements or shortening of
17 | time, submission of orders. Civil Local Rule 7.1(e)(9) provides that any brief filed in response to a court
18 | order overriding the normal 28-day calendar must include "Special Briefing Schedule Ordered" in the
19 | caption and should identify the court order by document number. Civil Local Rule 7.1(d)(1) provides
20 | that any motion may be determined on the papers submitted and without oral argument at the Court's
21 | discretion. Civil Local Rule 7.1(d)(1) provides that failure to file an opposition brief may be construed as
22 | consent to having the motion granted.

23 |     c.    Civil Local Rule 16.1 -- pretrial and setting for trial. The magistrate judges in this
24 | district preside over all matters related to court-supervised settlement negotiations (early neutral
25 | evaluations and mandatory settlement conferences) and discovery (case management conferences), as
26 | well as any matters referred to them by the district court. Magistrate Judge Reuben Brooks will be
27 | holding an early neutral evaluation ("ENE") and/or case management conference ("CMC") after
28 | defendants have filed their answers and will issue a scheduling order setting discovery dates.

02cv870-J (RBB)

1         d.     Civil Local Rules 83.1 and 83.4 -- sanctions and the Court's expectations of
2    professionalism. The Court expects counsel to cooperate and to otherwise act in accordance with the
3    highest degree of professionalism.

4         5.     The Court prefers that disputes be resolved informally. To that end, counsel are required
5    to meet and confer regarding any disputes not warranting a formal motion *before* contacting the Court
6    and must be prepared to certify that they have met and conferred regarding each and every issue put
7    before the Court.

8         6.     Chambers will not comment on the status of a motion. Counsel are advised to open a
9    Pacer account if they do not already have one so that they may track case filings, including court orders.
10   ***Do not call chambers to request a copy of a court order***. Instructions for opening a Pacer account and
11   access to Pacer are available at the same website that posts the local rules. Questions regarding the
12   court's fax service should be directed to the Clerk's Office at (619) 557-5600.

13        7.     Chambers does not accept courtesy copies unless requested.

14        IT IS SO ORDERED.
15   Dated: July 23, 2002

16
17        HONORABLE NAPOLEON A. JONES, JR.
     United States District Court Judge

18
19   cc: Judge Brooks
     All Counsel of Record and Parties Without Counsel