















```
JRL    8/6/02    10:12
3:02-CV-00870    PEREGINE SYSTEMS INC V.
*76*
*RETSVCXC.*
```

Michael J. Aguirre, Esq., SBN 060402
AGUIRRE & MEYER
550 West C Street, Suite 1350
San Diego, CA 92101
(619) 235-8636

Raymond P. Boucher, Esq., SBN 115364
KIESEL BOUCHER & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
(310) 854-4444

Robert P. Ottilie, Esquire, SBN 095845
LAW OFFICE OF ROBERT OTTILIE
550 West C Street, Suite 1600
San Diego, CA 92101
(619) 231-4841

Thomas V. Urmy, Jr., Esq.
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for the Camarillo and Voth Plaintiff Classes

FILED
02 AUG -5 PM 2:53

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PEREGRINE SYSTEMS SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> MATEO CAMARILLO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEREGRINE SYSTEMS, INC., et al., <br><br> Defendants. | Case No. 02-CV-870-J(RBB) <br><br> **PROOF OF SERVICE OF COMPLAINT ON DEFENDANT JMI SERVICES INC.** |

02-CV-870-J(RBB)

MICHAEL AGUIRRE, ESQ. (SBN 060402)
AGUIRRE & MEYER
550 WEST "C" STREET, SUITE 1350
SAN DIEGO CA 92101-8545
619-235-8636          Ref. No.        : 0836861-01 [49]
Attorney for : PLAINTIFF    Atty. File No.  : 361.a

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF     : MATEO CAMARILLO, et al.                    Case No.: 02-CV-1168-R(POR)
DEFENDANT  : PEREGRINE SYSTEMS, INC., et al.           PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

2. a. Party served      : JMI SERVICES, INC.
                           Agent for service of process: BETH TONER
   b. Person served    : BEVERLY STENGEL, ASSISTANT TO CHAIRMAN
                           (PERSON APPARENTLY IN CHARGE)
   c. Place of Service : 12680 HIGH BLUFF DRIVE    SUITE 200
                           SAN DIEGO, CA 92130       (Business)

3. I served the party named in item 2
   b. by leaving the copies with or in the presence of
                           BEVERLY STENGEL, ASSISTANT TO CHAIRMAN,
                           PERSON APPARENTLY IN CHARGE
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business
      of the person served. I informed him or her of the general nature of the papers.
      (3) on :       June 20, 2002         (4) at :  08:40 AM
      (5) A declaration of diligence is attached.
   c. by mailing the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
      (1) on :       June 20, 2002         (2) from : San Diego

4. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   JMI SERVICES, INC.
                       Agent for service of process: BETH TONER
      under [xx] CCP 416.10  (corporation)

5. Person serving:
   GREGORY C. JOHNSON                              a. Fee for service: $55.25
   KNOX ATTORNEY SERVICE, INC.                     d. Registered California Process server
   2250 Fourth Avenue                                  (2) Registration No.: 705
   San Diego, California 92101                         (3) County: SAN DIEGO, CA
   619-233-9700

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 20, 2002              Signature:  _____
                                                      GREGORY C. JOHNSON

Jud. Coun. form, rule 982(a)(23)     PROOF OF SERVICE

MICHAEL AGUIRRE, ESQ. (SBN 060402)
AGUIRRE & MEYER
550 WEST "C" STREET, SUITE 1350
SAN DIEGO CA 92101-8545
619-235-8636                    Ref. No.       : 0836861-01 [49]
Attorney for : PLAINTIFF        Atty. File No. : 361.a

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : MATEO CAMARILLO, et al. | Case No.: 02-CV-1168-R(POR) |
| DEFENDANT | : PEREGRINE SYSTEMS, INC., et al. | DECLARATION REGARDING DILIGENCE |

*I received the within process on 06/19/02. After due and diligent effort I have been unable to effect personal service on the within named party.*

*Therefore, I effected substituted service upon*

    *JMI SERVICES, INC.*
    *Agent for service of process: BETH TONER*

*by serving BEVERLY STENGEL, ASSISTANT TO CHAIRMAN  (PERSON APPARENTLY IN CHARGE)*

*who was over the age of 18, competent and informed of the nature of the legal documents.*
*A copy of the documents listed on the attached Proof of Service was mailed to the above*
*named party to be served by first-class mail, postage prepaid.*

*Place of mailing : San Diego*
*Date of mailing  : 06/20/02*

*Address(es) where attempts were made:*

    *12680 HIGH BLUFF DRIVE SUITE 200, SAN DIEGO CA 92130  (Business)*

*Dates and times of attempts are as follows:*

    *06/20/02  08:40A   Attempted service-effected substitute service*


*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: June 20, 2002                    Signature: _____
                                                  GREGORY C. JOHNSON

Jud. Coun. form, rule 982(a)(23)       DECLARATION RE DILIGENCE