# USDC SCAN INDEX SHEET

















```
BAR    6/2/03    11:51
3:02-CV-00870    PEREGINE SYSTEMS INC V.
*286*
*M.*
```

| | |
|---|---|
| 1 | CHRISTOPHER H. MCGRATH, Bar No. 149129 |
| | MICHAEL J. ROZAK, Bar No. 222644 |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 12390 El Camino Real |
| 3 | San Diego, California 92130 |
| | Telephone: (858) 720-2500 |
| 4 | Facsimile: (858) 720-2555 |

FILED

03 MAY 30 PM 3:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for Defendant Frederic B. Luddy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Peregrine Systems, Inc. Securities Litigation | Case No. 02-CV-870 J (RBB) |
| Relates to: All Actions | **DEFENDANT FREDERIC B. LUDDY'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | [Fed. R. Civ. Proc. 12(b)(6), 9(b); Priv. Secur. Litig. Ref. Act of 1995] |
| | Date: September 8, 2003 |
| | Time: 10:30 a.m. |
| | Ctrm: 12 |
| | The Honorable Napoleon A. Jones, Jr. |

NOTICE IS HEREBY GIVEN that on September 8, 2003 at 10:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Napoleon A. Jones, Jr., Courtroom 12, U.S. Courthouse Building, 940 Front Street, San Diego, California, defendant Frederic B. Luddy will, and hereby does, move this Court for an order dismissing plaintiffs' Consolidated Complaint in this action.

ORIGINAL

Case No. 02-CV-870 J (RBB)



1   This motion to dismiss the Consolidated Complaint is brought pursuant to Rules
2   9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities
3   Litigation Reform Act of 1995 (Pub. L. No. 104-67, 109 Stat. 737) on the grounds that
4   plaintiffs fail to plead fraud with particularity and fail to state a claim upon which relief
5   may be granted.

6   This motion is based upon this Notice, the accompanying Memorandum of Points
7   and Authorities, Request for Judicial Notice and Appendix of Unpublished Authorities
8   filed herewith, the pleadings, records, and papers on file in this action, on such other
9   papers as may be filed at or before the hearing on this motion, and arguments made by
10  counsel at the time of the hearing of the motion.

12  Dated: May 30, 2003                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

13                                          By: _____
14                                              Christopher H. McGrath
                                                Michael J. Rozak
15                                              Attorneys for Defendant Frederic B. Luddy

18  SAN/65997.1

-2-                                    Case No. 03 CV 0819R-LAB

| | |
|---|---|
| 1 | CHRISTOPHER H. MCGRATH, Bar No. 149129 |
|  | MICHAEL J. ROZAK, Bar No. 222644 |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|  | 12390 El Camino Real |
| 3 | San Diego, California 92130 |
|  | Telephone:  (858) 720-2500 |
| 4 | Facsimile:   (858) 720-2555 |

Attorneys for Defendant Frederic B. Luddy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Peregrine Systems, Inc. Securities Litigation | Case No. 02-CV-870 J (RBB) |
| Relates to:  All Actions | **PROOF OF SERVICE** |
|  | Date:  September 8, 2003 |
|  | Time:  10:30 a.m. |
|  | Ctrm:  12 |
|  | The Honorable Napoleon A. Jones, Jr. |

Case No. 02-CV-870 J (RBB)

**ORIGINAL**

## PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 12390 El Camino Real, San Diego, CA 92130.

On May 30, 2003, I served:

**1. DEFENDANT FREDERIC B. LUDDY'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**2. DEFENDANT FREDERIC B. LUDDY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**3. DEFENDANT FREDERIC B. LUDDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF HIS MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**4. DEFENDANT FREDERIC B. LUDDY'S APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF HIS NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY HAND-DELIVERY) I delivered by hand each sealed envelope to the addressee(s) above.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

| | | |
|---|---|---|
| 1 | [X] | (BY OVERNIGHT MAIL) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery. |
| 5 | [X] | (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. |

Executed at San Diego, California on May 30, 2003.

*Natalie D. Flores*
Natalie D. Flores

-3-    Case No. 03 CV 0819R-LAB

Service List

**VIA UPS – SATURDAY DELIVERY:**

Paul F. Bennett
Solomon B. Cera
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230
Fax: (415) 777-5189
Attorneys for Section 10(b) Lead Plaintiff
The Loran Group

**VIA U.S. MAIL:**

Jeffrey Abraham
Lawrence D. Levit
Abraham & Associates
One Penn Plaza, Suite 1910
New York, NY 10119-0165
Telephone: (212) 714-2444
Fax: (212) 279-3655
Attorneys for Section 11 Lead Plaintiff
Heywood Waga

**VIA U.S. MAIL:**

Michael Lipman
Coughlan Semmer & Lipman
501 W. Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 232-0800
Fax: (619) 232-0107
Attorneys for Defendant Ilse Cappel

**VIA U.S. MAIL:**

Jim Maniscalco
Morrison & Foerster
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: (213) 892-5200
Fax: (213) 892-5454
Attorneys for Defendant Steven S. Spitzer

**VIA U.S. MAIL:**

Jules Brody
Howard I. Longman
Patrick Slyne
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022
Attorneys for Section 11 Lead Plaintiff
Heywood Waga

**VIA U.S. MAIL:**

Caroline McIntyre
Bergeson Eliopoulos, LLP
55 Almaden Boulevard, Suite 400
San Jose, CA 95113-1611
Telephone: (408) 291-6200
Fax: (408) 297-6000
Attorneys for Defendant Stephen P. Gardner

**VIA U.S. MAIL:**

Robert Logan
Keesal, Young & Logan
400 Oceangate, P.O. Box 1730
Long Beach, CA 90801-1730
Telephone: (562) 436-2000
Fax: (562) 436-7416
Attorneys for Defendant Douglas S. Powanda

**VIA U.S. MAIL:**

Robert Brewer
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5407
Fax: (619) 595-5450
Attorneys for Defendant Richard T. Nelson

| | | |
|---|---|---|
| 1 | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 2 | Harry A. Olivar, Jr. | Jane Hahn |
|   | Quinn Emanual Urquhart Oliver | Hahn & Adema |
| 3 | & Hedges, LLP | 501 West Broadway, Suite 1730 |
|   | 865 S. Figueroa Street, 10th Floor | San Diego, CA 92101 |
| 4 | Los Angeles, CA 90017-2543 | Telephone: (619) 235-2100 |
|   | Telephone: (213) 624-7707 | Fax: (619) 235-2101 |
| 5 | Fax: (213) 624-0643 | Attorneys for Defendants Charles E. Noell, |
|   | Attorneys for Defendant John J. Moores | III and Norris van den Berg |
| 6 | | |
|   | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 7 | | |
|   | Brian Pastuszenski | Wayne Lamprey |
| 8 | Christine Chung | Goodin, MacBride, Squeri, Ritchie |
|   | Testa, Hurwitz & Thibeault | & Day, LLP |
| 9 | 125 High Street | 505 Sansome Street, Suite 900 |
|   | Boston, MA 02110 | San Francisco, CA 94111 |
| 10 | Telephone: (617) 248-7000 | Telephone: (415) 392-7900 |
|    | Attorneys for Defendants Charles E. Noell, | Fax: (415) 398-4321 |
| 11 | III and Norris van den Berg | Attorneys for Defendant Thomas G. |
|    | | Warrous |
| 12 | | |
|    | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 13 | | |
|    | Gerard Peeht | Peter H. Mason |
| 14 | Fulbright & Jaworski, LLP | Fulbright & Jaworski, LLP |
|    | 1301 McKinney, Suite 5100 | 865 S. Figueroa, Suite 2900 |
| 15 | Houston, TX 77010-3095 | Los Angeles, CA 90017-2576 |
|    | Telephone: (713) 651-5243 | Telephone: (213) 892-9200 |
| 16 | Fax: (713) 651-5246 | Fax: (213) 680-4518 |
|    | Attorneys for Defendant Richard A. | Attorneys for Defendant Richard A. |
| 17 | Hosley, II | Hosley, II |
| 18 | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 19 | Cyrus Vance, Jr. | Leighton M. Anderson |
|    | Robert Stewart | Bewley, Lassleben & Miller LLP |
| 20 | McNaul, Ebel, Nawrot, Helgren & Vance | 13215 East Penn Street, Suite 510 |
|    | 600 University Street, Suite 2700 | Whittier, CA 90602-1797 |
| 21 | Seattle, WA 98101-3143 | Telephone: (562) 698-9771 |
|    | Telephone: (206) 467-1816 | Fax: (562) 696-6357 |
| 22 | Fax: (206) 624-5128 | Attorneys for Defendant Christopher A. |
|    | Attorneys for Defendant William Savoy | Cole |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 2 | Douglas M. Butz | Marshall B. Grossman |
|   | Kevin DeSantis | C. Stephen Howard |
| 3 | Scott Vick | Alschuler, Grossman, Stein & Kahan LLP |
|   | Butz Dunn Desantis & Bingham | 2049 Century Park East, 39th Floor |
| 4 | 101 West Broadway, Suite 1700 | Los Angeles, CA 90067 |
|   | San Diego, CA 92101 | Telephone: (310) 277-1226 |
| 5 | Telephone: (619) 233-4777 | Fax: (310) 552-6077 |
|   | Fax: (619) 233-0341 | Attorneys for Defendant Arthur Anderson, LLP |
| 6 | Attorneys for Defendant Arthur Anderson, LLP | |
| 7 | | |
|   | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 8 | | |
|   | Michael F. Perlis | Michael A. Attanasio |
| 9 | Strook, Strook & Lavan LLP | Luce Forward Hamilton & Scripps |
|   | 2029 Century Park East, Suite 1800 | 600 West Broadway, Suite 2600 |
| 10 | Los Angeles, CA 90067-3086 | San Diego, CA 92101-3391 |
|    | Telephone: (310) 556-6800 | Telephone: (619) 236-1414 |
| 11 | Fax: (310) 556-5959 | Fax: (619) 232-8311 |
|    | Attorneys for Defendant Matthew C. Gless | Attorneys for Defendant Daniel Stulac |

SAN/66721.1

-6-   Case No. 03 CV 0819R-LAB