USDC SCAN INDEX SHEET










```
CSG    6/22/04    7:54
3:02-CV-00870    PEREGINE SYSTEMS INC V.
*457*
*M.*
```

CHRISTOPHER H. MCGRATH (SB# 149129)
MICHAEL J. ROZAK (SB# 222644)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Defendant
FREDERIC B. LUDDY

FILED
04 JUN 21 PM 4:01
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re Peregrine Systems, Inc. Securities Litigation, | CASE NO. 02-CV-870 J (RBB) |
|---|---|
| Relates to All Actions. | **DEFENDANT FREDERIC B. LUDDY'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>[Fed. R. Civ. Proc. 12(b)(6), 9(b); Priv. Secur. Litig. Ref. Act of 1995]<br><br>Date: November 22, 2004<br>Time: 10:30 a.m.<br>Ctrm: 12<br><br>Judge: Hon. Napoleon A. Jones, Jr. |

ORIGINAL

SAN /92691.1

Case No. 02-CV-870 J (RBB)

LUDDY'S NOTICE OF MOTION & MTD 1ST AMENDED COMPLAINT

NOTICE IS HEREBY GIVEN that on November 22, 2004 at 10:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Napoleon A. Jones, Jr., Courtroom 12, U.S. Courthouse Building, 940 Front Street, San Diego, California, Defendant Frederic B. Luddy will, and hereby does, move this Court for an order dismissing Plaintiff's First Amended Consolidated Complaint in this action.

This motion to dismiss the First Amended Consolidated Complaint is brought pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedures and the Private Securities Litigation Reform Act of 1995 (Pub. L. No. 104-67, 109 Stat. 737) on the grounds that Plaintiff's fail to plead fraud with particularity and fail to state a claim upon which relief may be granted.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice and Appendix of Unpublished Authorities filed herewith, this Court's November 23, 2003 Order, the pleadings, records, and papers on file in this action, on such other papers as may be filed at or before the hearing on this motion, and arguments made by counsel at the time of the hearing of the motion.

DATED: June 21, 2004

CHRISTOPHER H. MCGRATH
MICHAEL J. ROZAK
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
CHRISTOPHER H. McGRATH

Attorneys for Defendant
FREDERIC B. LUDDY

SAN /92691.1

- 1 -   Case No. 02-CV-870 J (RBB)

LUDDY'S NOTICE OF MOTION & MTD 1ST AMENDED COMPLAINT

|   |   |
|---|---|
| 1 | CHRISTOPHER H. MCGRATH, Bar No. 149129 |
| 2 | MICHAEL J. ROZAK, Bar No. 222644<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 3579 Valley Centre Drive<br>San Diego, California 92130 |
|   | Telephone:  (858) 720-2500 |
| 4 | Facsimile:   (858) 720-2555 |
| 5 | Attorneys for Defendant Frederic B. Luddy |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In Re Peregrine Systems, Inc. Securities Litigation | Case No. 02-CV-870 J (RBB) |
|---|---|
|  | **PROOF OF SERVICE** |
| Relates to All Actions. | The Honorable Napoleon A. Jones, Jr. |

**ORIGINAL**

SAN /66721.1

Case No. 02-CV-870 J (RBB)

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On June 21, 2004, I served:

1. **DEFENDANT FREDERIC B. LUDDY'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS;**

2. **DEFENDANT FREDERIC B. LUDDY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS;**

3. **DEFENDANT FREDERIC B. LUDDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS; AND**

4. **DEFENDANT FREDERIC B. LUDDY'S APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF HIS NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS.**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY HAND-DELIVERY) I delivered by hand each sealed envelope to the addressee(s) above.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

☐ (BY OVERNIGHT MAIL) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on June 21, 2004.

*Veronica Rivera* (signature)
Veronica Rivera

Service List

**VIA U.S. MAIL:**

Paul F. Bennett
Solomon B. Cera
Gwendolyn R. Giblin
C. Andrew Dirksen
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230
Fax: (415) 777-5189
*Attorneys for Section 10(b) Lead Plaintiff The Loran Group*

**VIA U.S. MAIL:**

Jeffrey Abraham
Lawrence D. Levit
ABRAHAM & ASSOCIATES
One Penn Plaza, Suite 1910
New York, NY 10119-0165
Telephone: (212) 714-2444
Fax: (212) 279-3655
*Attorneys for Section 11 Lead Plaintiff Heywood Waga*

**VIA U.S. MAIL:**

Michael Lipman
COUGHLAN SEMMER & LIPMAN
501 W. Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 232-0800
Fax: (619) 232-0107
*Attorneys for Defendant Ilse Cappel*

**VIA U.S. MAIL:**

James P. Maniscalco
MORRISON & FOERSTER
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: (213) 892-5200
Fax: (213) 892-5454
*Attorneys for Defendant Steven S. Spitzer*

**VIA U.S. MAIL:**

Jules Brody
Aaron Brody
Howard I. Longman
STULL, STULL & BRODY
6 East 45th Street, 4th Floor
New York, NY 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022
*Attorneys for Section 11 Lead Plaintiff Heywood Waga*

**VIA U.S. MAIL:**

Michael D. Braun
Patrice L. Bishop
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024o
Telephone: (310) 209-2468
Fax: (310) 209-2087
*Attorneys for Section 11 Lead Plaintiff Heywood Waga*

**VIA U.S. MAIL:**

Robert Logan
KEESAL, YOUNG & LOGAN
400 Oceangate, P.O. Box 1730
Long Beach, CA 90801-1730
Telephone: (562) 436-2000
Fax: (562) 436-7416
*Attorneys for Defendant Douglas S. Powanda*

**VIA U.S. MAIL:**

Robert Brewer
Jim McNeil
McKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5407
Fax: (619) 595-5450
*Attorneys for Defendant Richard T. Nelson*

SAN /66721.1 -3- Case No. 02-CV-870 J (RBB)

| | | |
|---|---|---|
| 1 | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 2 | Benjamin Holl | Bradley Ellis |
| 3 | Daniel J. Bergeson<br>Caroline McIntyre | SIDLEY, AUSTIN BROWN & WOOD<br>555 West 5th Street, 40th Floor |
| 4 | BERGESON, LLP<br>303 Almaden Boulevard, Suite 500 | Los Angeles, CA 90013<br>Telephone: (213) 896-6000 |
| 5 | San Jose, CA 95110-2712<br>Telephone: (408) 291-6200 | Fax: (213) 896-6600<br>*Attorneys for Defendant KPMG LLP* |
| 6 | Fax: (408) 297-6000<br>*Attorneys for Defendant Stephen P.* | |
| 7 | *Gardner* | |
| 8 | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 9 | Jane Hahn | Meghan M. Hart |
| 10 | HAHN & ADEMA<br>501 West Broadway, Suite 1730 | Ken Weissman<br>Brian Pastuszenski |
| 11 | San Diego, CA 92101<br>Telephone: (619) 235-2100 | TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street |
| 12 | Fax: (619) 235-2101<br>*Attorneys for Defendants Charles E. Noell,* | Boston, MA 02110<br>Telephone: (617) 248-7000 |
| 13 | *III, Norris van den Berg and Richard A.*<br>*Hosley, II* | Fax: (617) 248-7100<br>*Attorneys for Defendants Charles E. Noell,* |
| 14 | | *III, Norris van den Berg and Richard A.*<br>*Hosley, II* |
| 15 | **VIA U.S. MAIL** | **VIA U.S. MAIL:** |
| 16 | Harry A. Olivar, Jr. | Walter B. Stuart |
| 17 | John B. Quinn<br>QUINN EMANUEL URQUHART | Jeffrey S. Johnston<br>VINSON & ELKINS LLP |
| 18 |     OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor | 2300 First City Tower<br>1001 Fannin |
| 19 | Los Angeles, CA 90017-2543<br>Telephone: (213) 624-7707 | Houston, TX 77002-6760<br>Telephone: (713) 758-2198 |
| 20 | Fax: (213) 624-0643<br>*Attorneys for Defendant John J. Moores* | Fax: (713) 615-5920<br>*Attorneys for Defendant John J. Moores* |
| 21 | | |
| 22 | **VIA U.S. MAIL:** | **VIA U.S. MAIL:** |
| 23 | Cyrus Vance, Jr.<br>Robert Stewart | Kathyrn D. Horning<br>ALLEN MATKINS LECK GAMBLE |
| 24 | McNAUL, EBEL, NAWROT, HELGREN<br>    & VANCE | 501 West Broadway, Suite 900<br>San Diego, CA 92101 |
| 25 | 600 University Street, Suite 2700<br>Seattle, WA 98101-3143 | Telephone: (619) 233-1155<br>Fax: (619) 233-1158 |
| 26 | Telephone: (206) 467-1816<br>Fax: (206) 624-5128 | *Attorneys for Defendant William Savoy* |
| 27 | *Attorneys for Defendant William Savoy* | |
| 28 | | |

| | |
|---|---|
| 1 | |

**VIA U.S. MAIL**

Robert S. Gerber
Betty J. Santohigashi
Martha H. Sottosanti
SHEPPARD MULLIN RICHTER
& HAMPTON
12544 High Bluff Drive, Suite 300
San Diego, CA 92130-3051
Telephone: (858) 720-8907
Fax: (858) 509-3691
*Attorneys for AWSC Societe*

**VIA U.S. MAIL:**

Marshall B. Grossman
Scott Vick
ALSCHULER, GROSSMAN, STEIN
& KAHAN LLP
The Water Garden
1620 26th Street, Fourth Floor
North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Fax: (310) 907-2000
*Attorneys for Defendant Arthur Anderson, LLP*

**VIA U.S. MAIL:**

Thomas L. Vance
VANCE, BLAIR & GRADY
1201 Camino Del Mar, Suite 205
Del Mar, CA 92014
Telephone: (858) 793-0040
Fax: (858) 793-1655
*Attorneys for Defendant Matthew C. Gless*

**VIA U.S. MAIL:**

Michael A. Attanasio
COOLEY GODWARD LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Fax: (858) 550-6420
*Attorneys for Defendant Daniel Stulac*

**VIA U.S. MAIL:**

Michael Duckor
Richard Campbell
Robert Shaughnessy
DUCKOR, SPRADLING & METZGER
401 West A Street, Suite 2400
San Diego, CA 92101
Telephone: (619) 231-3666
Fax: (619) 231-6629
*Attorneys for Rod Dammeyer*

**VIA U.S. MAIL**

Matthew Powell
WILKE, FLEURY, HOFFELT, GOULD
& BIRNEY LLP
400 Capital Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Fax: (916) 442-6664
*Attorneys for Defendant Larry Rodda*

**VIA U.S. MAIL**

Jennifer L. Spaziano
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760
*Attorneys for Defendant BearingPoint, Inc.*

**VIA U.S. MAIL**

Leighton M. Anderson
BEWLEY, LASSLEBEN & MILLER LLP
13215 East Penn Street, Suite 510
Whittier, CA 90602-1797
Telephone: (562) 698-9771
Fax: (562) 696-6357
*Attorneys for Defendant Christopher A. Cole*

SAN /66721.1 -5- Case No. 02-CV-870 J (RBB)

**VIA U.S. MAIL**

Wayne Lamprey
Anne Hartman
GOODIN, MACBRIDE, SQUERI,
 RITCHIE & DAY, LLP
505 Sansome Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 392-7900
Fax: (415) 398-4321
*Attorneys for Defendant Thomas G. Warrous*

SAN /66721.1 -6- Case No. 02-CV-870 J (RBB)