1  Patrice L. Bishop (182256)
   STULL, STULL & BRODY
2  10940 Wilshire Boulevard, Suite 2300
   Los Angeles, CA  90024
3  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
4
   Jules Brody
5  Howard T. Longman
   STULL, STULL & BRODY
6  6 East 45th Street
   New York, NY  10017
7  Tel:    (212) 687-7230
   Fax:    (212) 490-2022
8
   Jeffrey S. Abraham
9  Lawrence D. Levit
   ABRAHAM FRUCHTER
10 & TWERSKY LLP
   One Penn Plaza, Suite 2805
11 New York, NY  10119
   Tel:    (212) 279-5050
12 Fax:    (212) 279-3655

   Solomon B. Cera (99467)
   Steven O. Sidener (121062)
   Thomas C. Bright (169713)
   Gwendolyn R. Giblin (181973)
   GOLD BENNETT CERA
   & SIDENER LLP
   595 Market Street, Suite 2300
   San Francisco, CA  94105-2835
   Tel:    (415) 777-2230
   Fax:    (415) 777-5189

13 **Attorneys for Section 11**           **Attorneys for Section 10(b)**
   **Lead Plaintiff Heywood Waga**        **Lead Plaintiff The Loran Group**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION | CASE NO. 02-CV-0870 BEN (RBB) |
| _____ | NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENTS AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| This Document Relates to All Actions | |
| | [Special Briefing Schedule Ordered] |
| _____ | DATE:   November 8, 2006<br>TIME:   9:00 a.m.<br>CTRM:   Courtroom 3, 4th Floor<br>JUDGE:  Hon. Roger T. Benitez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 PLEASE TAKE NOTICE that on November 8, 2006 at 9:00 a.m. or as soon thereafter as this matter may be heard before the Honorable Roger T. Benitez of the United States District Court, Southern District of California, 940 Front Street San Diego, CA 92101-8900, Courtroom 3, Section 10(b) Lead Plaintiff the Loran Group and Section 11 Lead Plaintiff Heywood Waga's (jointly, "Lead Plaintiffs") will, and hereby do, move this Court for an order granting final approval of four partial settlements in this action (the "Settlements") and the proposed Plan of Allocation of the settlement proceeds.

 This motion is based on this notice of motion and the concurrently filed supporting Memorandum of Points and Authorities, Joint Declaration, Declaration of Christl Hansman re Mailing of Notice of Pendency of Class Action, as well as all other pleadings and files and records in each of these actions, and upon such other written or oral argument as may be allowed by the Court.

Dated:  October 17, 2006    Patrice L. Bishop
             STULL, STULL & BRODY

        By: s/Patrice L. Bishop
          Attorneys for Section 11 Lead Plaintiff
          Service@SSBLA.com
          10940 Wilshire Boulevard, Suite 2300
          Los Angeles, CA  90024
          Tel: (310) 209-2468
          Fax: (310) 209-2087

          Jules Brody
          Howard T. Longman
          STULL, STULL & BRODY
          6 East 45th Street
          New York, NY  10017
          Tel: (212) 687-7230
          Fax: (212) 490-2022

//

In re Peregrine Systems, Inc. Securities Litigation    Case No. 02-CV-0870-BEN (RBB)
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENTS AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS
W:\PEREGRIN\Settle\FinalApproveNtc.wpd -1-

Jeffrey S. Abraham
Lawrence D. Levit
ABRAHAM FRUCHTER
& TWERSKY LLP
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655

**Attorneys for Section 11
Lead Plaintiff Heywood Waga**

Solomon B. Cera
Steven O. Sidener
Thomas C. Bright
Gwendolyn R. Giblin
GOLD BENNETT CERA
& SIDENER LLP

By: s/Solomon B. Cera
Attorneys for Section 10(b) Lead Plaintiff
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Tel: (415) 777-2230
Fax: (415) 777-5189
scera@gbcslaw.com

**Attorneys for Section 10(b)
Lead Plaintiff The Loran Group**