UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION | Case No. 02-CV-0870-BEN (RBB)<br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| This Document Relates to:<br><br>ALL ACTIONS. | Date:   November 8, 2006<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, Fourth Floor<br>Judge:  Hon. Roger T. Benitez |

This matter having come before the Court on November 8, 2006, on Lead Plaintiffs' motion for approval of a Plan of Allocation of Settlement Proceeds; the Court having considered all papers filed and proceedings conducted herein, and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all members of the Class and Subclasses.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice, including individual mailed notice to all members of the Class and Subclasses who could be identified through reasonable effort, was directed to all persons and entities who are Class and Subclass Members, advising them of the Plan of Allocation and of their right to object thereto, and a full

1  and fair opportunity was accorded to all such persons and entities to be heard with respect to the
2  Plan of Allocation.  No objections to the Plan of Allocation have been submitted.

3      3.    The Court hereby finds and concludes that the formula for the calculation of the
4  claims of Authorized Claimants which is described in the Plan of Allocation as set forth in the
5  Notice of Pendency of Class Action and Hearing on Proposed Partial Settlements (the "Notice")
6  mailed to Class and Subclass members provides a fair and equitable basis upon which to allocate
7  the proceeds of the Settlement Funds among the Class and Subclass members.

8      4.    The Court hereby finds and concludes that the Plan of Allocation set forth in the
9  Notice is, in all respects, fair and equitable to Class and Subclass members.  Accordingly, the
10 Court hereby approves the Plan of Allocation submitted by Lead Plaintiffs.

11 **IT IS SO ORDERED**.

12 Dated: November 5, 2006

                                                The Honorable Roger T. Benitez
                                                United States District Judge

14 Submitted by,

15 GOLD BENNETT CERA &
    SIDENER LLP

16 By:_____/s/Solomon B. Cera_____
17             Solomon B. Cera
    595 Market Street, Suite 2300
18 San Francisco, California
    Telephone: (415) 777-2230
19
    Attorneys for Section 10(b) Lead Plaintiff
20
        - and -
21
    STULL, STULL & BRODY
22 Howard T. Longman
    6 East 45th Street, 5th Floor
23 New York, New York 10017
    Telephone: (212) 687-7230
24 Facsimile: (212) 490-2022

25
26
27
28

| | |
|---|---|
| 1 | ABRAHAM, FRUCHTER & TWERSKY LLP |
| 2 | Lawrence D. Levit<br>One Penn Plaza, Suite 2805 |
| 3 | New York, NY 10119-0165<br>Telephone: (212) 714-2444 |
| 4 | Facsimile: (212) 279-3655 |
| 5 | STULL STULL & BRODY |
| 6 | Patrice Bishop<br>10940 Wilshire Blvd., Suite 2300 |
| 7 | Los Angeles, CA 90024<br>Telephone: (310) 209-2468 |
| 8 | Facsimile: (310) 209-2087 |
| 9 | Attorneys for Section 11 Lead Plaintiff<br>Heywood Waga |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |