UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION | Case No. 02-CV-0870-BEN (RBB) <br><br> [~~PROPOSED~~] **ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
|---|---|
| This Document Relates to: <br><br> ALL ACTIONS. | Date: November 8, 2006 <br> Time: 9:00 a.m. <br> Place: Courtroom 3, Fourth Floor <br> Judge: Hon. Roger T. Benitez |

This matter having come before the Court on November 8, 2006, on the application of Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the prosecution of this litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the partial settlements of this litigation as to defendants Arthur Andersen LLP, William D. Savoy, Douglas S. Powanda, and Thomas G. Watrous ("Settling Defendants") to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all members of the Class and Subclasses.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice, including

1  individual mailed notice to all members of the Class and Subclasses who could be identified
2  through reasonable effort, was directed to all persons and entities who are Class and Subclass
3  Members, advising them of the application for an award of attorneys' fees and reimbursement of
4  expenses and of their right to object thereto, and a full and fair opportunity was accorded to all
5  such persons and entities to be heard with respect to the application for an award of attorneys'
6  fees and reimbursement of expenses. No objections to the fee and expense application have been
7  submitted.

8      3.    The Court hereby awards Lead Counsel attorneys' fees of 25% of the amounts
9  recovered from the Settling Defendants, as well as from the funds recovered by Lead Counsel in
10 Peregrine's bankruptcy case for the benefit of the Class and Subclasses, together with interest
11 earned thereon for the same time period and at the same rate as that earned on the Settlement
12 Funds until paid. The Court finds that the amount of fees awarded is fair and reasonable under
13 the "percentage-of-recovery" method.

14     4.    The Court further awards reimbursement of expenses in the amount of $655,926.34
15 together with interest earned thereon for the same time period and at the same rate as that earned
16 on the Settlement Funds until paid.

17     5.    The awarded attorneys fees and expenses, and interest earned thereon, shall be
18 paid to Lead Counsel from the Settlement Funds in accordance with all terms, conditions, and
19 obligations of the respective Stipulations of Settlement.

20     **IT IS SO ORDERED.**

21 Dated: November 15, 2006

22                                             The Honorable Roger T. Benitez
United States District Judge

Submitted by,

GOLD BENNETT CERA &
 SIDENER LLP

By:_____/s/Solomon B. Cera_____
            Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, California
Telephone: (415) 777-2230

Attorneys for Section 10(b) Lead Plaintiff

        - and -

STULL, STULL & BRODY
Howard T. Longman
6 East 45th Street, 5th Floor
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

ABRAHAM, FRUCHTER &
 TWERSKY LLP
Lawrence D. Levit
One Penn Plaza, Suite 2805
New York, NY 10119-0165
Telephone: (212) 714-2444
Facsimile: (212) 279-3655

STULL STULL & BRODY
Patrice Bishop
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
Telephone: (310) 209-2468
Facsimile: (310) 209-2087

Attorneys for Section 11 Lead Plaintiff
Heywood Waga

#115390

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES -
Case No. 02-CV-0870-BEN (RBB)                                                                -3-