ALSCHULER GROSSMAN LLP
Marshall B. Grossman (No. 35958)
C. Stephen Howard (No. 43434)
Scott Vick (No. 171944)
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
e-mail: svick@alschuler.com

BUTZ DUNN DESANTIS & BINGHAM
Douglas M. Butz (No. 060722)
Kevin DeSantis (No. 137963)
101 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619-233-4777
Facsimile: 619-231-0341

Attorneys for Defendant
ARTHUR ANDERSEN LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION | CIVIL NO. 02-cv-0870-BEN (RBB) |
|---|---|
|  | CLASS ACTION |
| This Document Relates to: ALL ACTIONS | **NOTICE OF NAME CHANGE** |

NOTICE OF NAME CHANGE

918760_1.DOC

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2007, Alschuler Grossman Stein & Kahan LLP has changed its name to:

ALSCHULER GROSSMAN LLP

Our address and telephone numbers will remain the same:

The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Please take further notice that our email addresses have changed to:

| | |
|---|---|
| Marshall B. Grossman: | mgrossman@alschuler.com |
| C. Stephen Howard: | showard@alschuler.com |
| Scott Vick: | svick@alschuler.com |

DATED: January 3, 2007

ALSCHULER GROSSMAN LLP
BUTZ DUNN DESANTIS & BINGHAM

By _____
Scott Vick
Attorneys for Defendant
ARTHUR ANDERSEN LLP

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is ALSCHULER GROSSMAN LLP LLP, The Water Garden, 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. On January 4, 2007, I served a true copy of the within document(s):

**NOTICE OF NAME CHANGE**

| | |
|---|---|
| ☐ | by transmitting via facsimile from 310-907-2000 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The above transmission was reported as complete and without error. Attached hereto is a copy of the respective transmission report, which was properly issued by the transmitting facsimile machine. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, Federal Express. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By e-mail addressed to the parties at the e-mail addresses on the attached service lists. |

**[PLEASE SEE ATTACHED SERVICE LIST]**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 4, 2007, at Santa Monica, California.

*Cheryle Appling*
Cheryle Appling

832321_1 DOC

PROOF OF SERVICE

ALSCHULER GROSSMAN LLP LLP

# SERVICE LIST
## In Re Peregrine Systems, Inc. Securities Litigation
### CASE NO. 08 CV-0870-BEN (RBB)

| ROLE | ADDRESS | PHONE/FAX | E-MAIL |
|---|---|---|---|
| **Plaintiffs** | | | |
| *Counsel for Section 10(b) Lead Plaintiff The Loran Group* | Solomon B. Cera, Esq.<br>Gwendolyn R. Giblin, Esq.<br>Thomas C. Bright, Esq.<br>Steven O. Sidener, Esq.<br>Diana K. Kim, Esq.<br>**Gold Bennett Cera & Sidener, LLP**<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105-2835 | Tel: (415) 777-2230<br>Fax: (415) 777-5189 | scera@gbcslaw.com<br>ggiblin@gbcslaw.com<br>tbright@gbcslaw.com<br>ssidener@gbcslaw.com<br>dkim@gbcslaw.com |
| *Counsel for Counsel for Section 11 Lead Plaintiff Heywood Waga* | Jules Brody, Esq.<br>Howard T. Longman, Esq.<br>Patrick Slyne, Esq.<br>**Stull, Stull & Brody**<br>6 East 45th Street, 4th Floor<br>New York, NY 10017 | Tel: (212) 687-7230<br>Fax: (212) 490-2022 | tsvl@aol.com |
| | Michael D. Braun, Esq.<br>Patrice L. Bishop, Esq.<br>**Stull, Stull & Brody**<br>10940 Wilshire Blvd.,<br>Suite 2300<br>Los Angeles, CA 90024 | Tel: (310) 208-2468<br>Fax: (310) 209-2087 | mdb@endfraud.com |
| | Jeffrey S. Abraham, Esq.<br>Lawrence D. Levit, Esq.<br>**Abraham, Fruchter & Twersky, LLP**<br>One Penn Plaza, Suite 2805<br>New York, NY 10119-0165 | Tel: (212) 714-2444<br>Fax: (212) 279-3655 | jabraham@aftlaw.com<br>llevit@aftlaw.com |
| **Defendants** | | | |
| *Counsel for John J. Moores* | John B. Quinn, Esq.<br>Harry A. Olivar, Jr., Esq.<br>Gerald E. Hawxhurst, Esq.<br>Sarah J. Cole, Esq.<br>**Quinn Emanuel Urquhart Oliver & Hedges, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543 | Tel: (213) 624-7707<br>Fax: (213) 624-0643 | johnquinn@quinnemanuel.com<br>hao@quinnemanuel.com<br>jerryhawxhurst@quinnemanuel.com<br>sarahcole@quinnemanuel.com |
| | Harry Reasoner, Esq.<br>Jeffrey S. Johnston, Esq.<br>**Vinson & Elkins, LLP**<br>First City Tower<br>1001 Fannin Street, Suite 2300<br>Houston, TX 77002-6760 | Tel: (713) 758-2198<br>Fax: (713) 615-5920 | hreasoner@velaw.com<br>jjohnston@velaw.com |
| | David J. Noonan, Esq.<br>**Kirby Noonan Lance & Hoge LLP**<br>One America Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387 | Tel: (619) 231-8666<br>Fax: (619) 231-9593 | djn@pkns.com |

| | | | |
|---|---|---|---|
| *Counsel for Stephen Gardner* | Daniel J. Bergeson, Esq.<br>Caroline McIntyre, Esq.<br>**Bergeson, LLP**<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 | Tel: (408) 291-6200<br>Fax: (408) 297-6000 | dbergeson@be-law.com<br>cmcintyre@be-law.com |
| *Counsel for Charles E. Noell, Richard A. Hosley, II and Norris Van den Berg* | Brian E. Pastuszenski, Esq.<br>Christine S. Chung, Esq.<br>Laura M. Stock, Esq.<br>**Goodwin Procter LLP**<br>Exchange Place<br>53 State St.<br>Boston, MA 02109 | Tel: (617) 570-1000<br>Fax: (617) 523-1231 | bpastuszenski@goodwinprocter.com<br>cchung@goodwinprocter.com<br>lstock@goodwinprocter.com |
| | Alison P. Adema, Esq.<br>**Hahn & Adema**<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101 | Tel: (619) 235-2100<br>Fax: (619) 235-2101 | aadema@hahnadema.com |
| | Robin Gibbs, Esq.<br>J. Christopher Reynolds<br>Jeffrey Cotner<br>**Gibbs & Bruns, LLP**<br>1100 Louisiana, Suite 5300<br>Houston, TX 77002 | Tel: (713) 650-8805<br>Fax: (713) 750-0903 | rgibbs@gibbs-bruns.com<br>jcotner@gibbs-bruns.com<br>jreynolds@gibbs-bruns.com |
| *Counsel for Christopher A. Cole* | Leighton M. Anderson, Esq.<br>David A. Brady, Esq.<br>**Bewley, Lassleben & Miller, LLP**<br>13215 E. Penn St., Suite 510<br>Whittier, CA 90602-1797 | Tel: (562) 698-9771<br>Fax: (562) 696-6357 | leighton.anderson@bewleylaw.com<br>david.brady@bewleylaw.com |
| *Counsel for William Savoy* | Cyrus R. Vance, Jr. Esq.<br>**Morvillo Abramowitz Grand Iason & Silberberg, PC**<br>565 Fifth Avenue<br>New York, NY 10017 | Tel: (212) 856-9600<br>Fax: (212) 856-9494 | cvance@magislaw.com |
| | Robert D. Stewart, Esq.<br>**McNaul Ebel Nawrot Helgren PLLC**<br>600 University Street, Suite 2700<br>Seattle, WA 98101-3143 | Tel: (206) 467-1816<br>Fax: (206) 467-0873 | rstewart@mcnaul.com |
| | Kathryn D. Horning, Esq.<br>Gregory J. Berger<br>**Allen Matkins Leck Gamble Mallory & Natsis LLP**<br>501 West Broadway, Ninth Floor<br>San Diego, CA 92101-3577 | Tel: (619) 233-1155<br>Fax: (619) 233-1158 | khorning@allenmatkins.com<br>gberger@allenamtkins.com |
| *Counsel for Thomas Watrous* | Wayne T. Lamprey, Esq.<br>Anne Hartman, Esq.<br>**Goodin, MacBride, Squeri, Ritchie & Day, LLP**<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111 | Tel: (415) 392-7900<br>Fax: (415) 398-4321 | wlamprey@gmssr.com<br>ahartman@gmssr.com |

| | | | |
|---|---|---|---|
| *Counsel for* **Matthew Gless** | Thomas L. Vance, Esq.<br>**Vance & Blair**<br>1201 Camino Del Mar, Suite 205<br>Del Mar, CA 92014 | Tel: (858) 793-0040<br>Fax: (858) 793-1655 | tom@vbglaw.com |
| *Counsel for* **Daniel Stulac** | Michael A. Attanasio, Esq.<br>Chaise R. Bivin, Esq.<br>Aaron P. Arnzen, Esq.<br>**Cooley Godward, LLP**<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909 | Tel: (858) 550-6020<br>Fax: (858) 550-6420 | mattanasio@cooley.com<br>cbivin@cooley.com<br>aarnzen@cooley.com |
| *Counsel for* **KPMG LLP** | Michael C. Kelley, Esq.<br>Bradley H. Ellis, Esq.<br>Garrett K. Craig, Esq.<br>**Sidley Austin LLP**<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010 | Tel: (213) 896-6000<br>Fax: (213) 896-6600 | mkelley@sidley.com<br>bellis@sidley.com<br>gcraig@sidley.com |
| *Counsel for* **Bearingpoint, Inc. and KPMG Consulting, Inc.** | Gary DiBianco, Esq.<br>Jennifer L. Spaziano, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>1440 New York Avenue, NW<br>Washington, D.C. 20005<br><br>James E. Lyons, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111 | Tel: (202) 371-7000<br>Fax: (202) 393-5760<br><br><br><br>Tel: (415) 984-6400<br>Fax: (415) 984-2698 | gdibianc@skadden.com<br>jspazian@skadden.com<br><br><br><br>jlyons@skadden.com |
| *Counsel for* **Ilse Cappel** | Michael L. Lipman, Esq.<br>Barbara Howe Murray, Esq.<br>**Coughlan Semmer & Lipman, LLP**<br>501 West Broadway, #400<br>San Diego, CA 92101 | Tel: (619) 232-0800<br>Fax: (619) 232-0107 | lipman@csllaw.com<br>bmurray@csllaw.com |
| *Counsel for* **Stephen S. Spitzer** | Dan Marmalefsky, Esq.<br>James P. Maniscalco, Esq.<br>**Morrison & Foerster, LLP**<br>555 West Fifth Street,<br>Suite 3500<br>Los Angeles, CA 90013 | Tel: (213) 892-5200<br>Fax: (213) 892-5454 | dmarmalefs@mofo.com<br>jmaniscalco@mofo.com |
| *Counsel for* **Douglas S. Powanda** | Robert H. Logan, Esq.<br>Gregory E. Copeland, Esq.<br>**Keesal Young & Logan**<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, CA 90801-1730 | Tel: (562) 436-2000<br>Fax: (562) 436-7416 | robert.logan@kyl.com<br>greg.copeland@kyl.com |

| Counsel for Richard Nelson | Robert S. Brewer, Jr., Esq.<br>Christian D. Humphreys, Esq.<br>**McKenna Long & Aldridge, LLP**<br>Symphony Towers<br>750 B Street, Suite 3300<br>San Diego, CA 92101 | Tel: (619) 595-5400<br>Fax: (619) 595-5450 | rbrewer@mckennalong.com<br>chumphreys@mckennalong.com |
|---|---|---|---|
| Counsel for Frederick B. Luddy | Christopher H. McGrath, Esq.<br>**Paul, Hastings, Janofsky<br>& Walker, LLP**<br>3579 Valley Centre Drive<br>San Diego, CA 92130 | Tel: (858) 720-2500<br>Fax (858) 720-2555 | chrismcgrath@paulhastings.com |
| Counsel for Rodney Dammeyer | Michael Duckor, Esq.<br>Robert M. Shaughnessy, Esq.<br>**Duckor Spradling Metzger & Wynne**<br>401 West A Street, Suite 2400<br>San Diego, CA 92101-7915<br><br>Richard P. Campbell, Esq.<br>Phillip L. Stren, Esq.<br>**Freeman, Freeman & Salzman, P.C.**<br>401 N. Michigan Avenue<br>Chicago, IL 60611-4207 | Tel: (619) 231-3666<br>Fax: (619) 231-6629<br><br><br><br>Tel: (312) 222-5100<br>Fax: (312) 822-0870 | duckor@dsmwlaw.com<br>rshaughnessy@dsmwlaw.com<br><br><br><br>rcampbell@ffspc.com<br>pstern@ffspc.com |
| Counsel for AWSC Société Coopérative, en liquidation | Robert S. Gerber, Esq.<br>Betty J. Santohigashi, Esq.<br>**Sheppard, Mullin, Richter<br>& Hampton LLP**<br>12544 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br><br>Martha H. Sottosanti, Esq.<br>Luther B. Pilkinton, Esq.<br>**Sheppard, Mullin, Richter<br>& Hampton LLP**<br>19th Floor, 501 West Broadway<br>San Diego, CA 92101-3505 | Tel: (858) 720-8900<br>Fax: (858) 509-3691<br><br><br><br>Tel: (619) 338-6500<br>Fax: (619) 234-3815 | rgerber@sheppardmullin.com<br>bsantohigashi@sheppardmullin.com<br><br><br><br>msottosanti@sheppardmullin.com<br>lpilkinton@sheppardmullin.com |
| Counsel for Larry Rodda | Matthew W. Powell, Esq.<br>**Wilke, Fleury, Hoffelt, Gould<br>& Birney, LLP**<br>400 Capital Mall, 22nd Floor<br>Sacramento, CA 95814 | Tel: (916) 441-2430<br>Fax: (916) 442-6664 | mpowell@wilkefleury.com |
| Counsel for the Trustee of the Peregrine Litigation Trust | Robert Schaberg, Esq.<br>SHARTSIS FRIESE LLP<br>1 Maritime Plaza, 18th Floor<br>San Francisco, CA 94111 | Tel: (415) 421-6500<br>Fax: (415) 421-2922 | rschaberg@sflaw.com |