**FILED**

UNITED STATES COURT OF APPEALS

OCT 16 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| In re: PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION, | No. 06-55197 |
|  | D.C. No. CV-02-00870-RTB Southern District of California, San Diego |
| LORAN GROUP, | |
| Plaintiff - Appellant, | ORDER |
| and | |
| ALAN MARSHALL; ANTHONY BOARMAN; ERIC P. DANIELS; DONNA MURRAY; RICHARD BOWE; PETER J. KRINSKY; GABRIEL WEST; RICHARD SCHLEICHER; ROBERT RENZI; CRAIG MCCARTHY; KATY COX JOHNSON; ALAN HYLTON; JANET KUSMIERSKI; GREG SINGER; JOEL A. GERBER; PETER AHRENS; MENDEL SPIEGEL; RICHARD RUSKIN; BLAKE HALBERG; CHRIS MARTIN; IRA GAINES; JEFF MICHON; PETER CHERVIN; JONATHAN D. LAYES; ALAN BERKOWITZ; RANDY LEE; HENRY FRANKEL; STEPHEN ANISH; STONERIDGE INVESTMENT PARTNERS LLC; HEYWOOD WAGA; MICHAEL J. FARRELL; MATEO CAMARILLO; BEVERLEE JOLLY; MICHELE VOTH; VICTORIA JIBAJA MILLER; MARIJO A. CLEMONS; | |



**FILED**

OCT 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

GML/Appellate Commissioner

PAMELA MOLENNOR; PHILIP J. TURNER; JON HOUG; WENDY WALLACE; THERESA MARINELLI, FREDA RAMEY; CELESTE DAMRON; PATRICK PERNETT; DANIELLE LEGG; KENNETH KACPERSKI; DENISE HAINES; SUSAN LEHY; CONGREGATION BAIS AVROHOM; STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS,

        Plaintiffs,

  v.

PEREGRINE SYSTEMS, INC.; JOHN J. MOORES; STEVE GARDNER; MATT GLASS; CHRISTOPHER COLE; ANDERSEN LLP; RICHARD A. HOSLEY II; CHARLES E. NOELL; NORRIS VAN DEN BERG; THOMAS WATROUS SR.; JMI EQUITY FUND LP; JMI SERVICES INC.; WILLIAM D. SAVOY; WILLIAM B. RICHARDSON; ROD DAMMEYER; DAVID A. FARLEY; MATTHEW C. GLESS; ILSE CAPPEL; DOUGLAS S. POWANDA; STEVEN S. SPITZER; RICHARD T. NELSON; FREDERICK B. LUDDY; DANIEL STULAC; AWSC SOCIETE COOPERATIVE, EN LIQUIDATION; KMPG LLP; BEARING POINT, INC.; LARRY A. RODDA,

        Defendants - Appellees.

GML/Appellate Commissioner

Before: Peter L. Shaw, Appellate Commissioner.

On September 17, 2008, the court referred the parties' August 8, 2008 request to defer submission, and any future such requests, to the Appellate Commissioner.

Within 14 days of the date of this order, the parties shall file an updated joint status report regarding settlement negotiations between the parties. The updated joint status report shall address, if possible, when the settling parties and appellees Frederic B. Luddy and Richard T. Nelson will file a motion to remand to the district court. The parties may request a conference with the Appellate Commissioner to address the time frame for settlement negotiations, the court's September 17, 2008 order, and other issues affecting resolution of this appeal.

GML/Appellate Commissioner