

FILED
2008 NOV 14 PM 3:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION | Case No. 02cv0870 BEN (RBB)<br><br>**ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL** |

Robert Charles Friese, a former trustee of the Peregrine Litigation Trust, moved for relief under the Amended Litigation Trust Agreement. Dkt. No. 786. In support of the motion, Friese submitted to chambers six exhibits and moved to file them under seal on the basis that they contained confidential communication between himself and class counsel. Dkt. No. 787. Friese's motion to seal was unopposed. Because Friese has shown good cause, the Court grants his motion to seal. The Clerk of the Court shall seal Exhibits 2, 4, 5, 6, 7, and 8 to the Declaration of Autry W. Ross (Dkt. No. 786-4).

IT IS SO ORDERED.

Dated: November 14, 2008

Hon. Roger T. Benitez
United States District Judge