1  GOLD BENNETT CERA & SIDENER LLP
   SOLOMON B. CERA (99467)
2  GWENDOLN R. GIBLIN (181973)
   THOMAS C. BRIGHT (169713)
3  595 Market Street, Suite 2300
   San Francisco, California 94105
4  Telephone: (415) 777-2230
   Facsimile: (415) 777-5189
5
   Attorneys for Section 10(b) Lead Plaintiff
6  The Loran Group

7  STULL STULL & BRODY
   JULES BRODY
8  HOWARD T. LONGMAN
   6 East 45th Street, 5th Floor
9  New York, New York 10017
   Telephone: (212) 687-7230
10 Facsimile: (212) 490-2022

11 ABRAHAM FRUCHTER & TWERSKY, LLP
   JEFFREY S. ABRAHAM
12 LAWRENCE D. LEVIT
   One Penn Plaza, Suite 2805
13 New York, NY 10119-0165
   Telephone: (212) 714-2444
14 Facsimile: (212) 279-3655

15 Attorneys for Section 11 Lead Plaintiff
   Heywood Waga

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION<br><br>Defendants. | Case No.: 02-CV-870 BEN (RBB)<br><br>**LEAD PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE MOTION FOR FINAL APPROVAL OF ADDITIONAL PROPOSED SETTLEMENTS AND THE JOINT APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>**[Special Briefing Schedule Ordered]**<br><br>Date:        October 16, 2009<br>Time:       10:00 a.m.<br>Courtroom: Courtroom 3, 4th Floor<br>Judge:      Hon. Roger T. Benitez |

#121565

LEAD PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE MOTION FOR FINAL APPROVAL OF ADDITIONAL SETTLEMENTS

1 Lead Plaintiffs' Counsel hereby submit the following supplemental memorandum to apprise the Court of certain additional information in connection with the upcoming hearing regarding final approval of the proposed settlements and the application for attorneys' fees and reimbursement of expenses.

As demonstrated in the Declaration of Carole A. Sylvester, filed herewith, the notice program ordered by this Court in its Order Preliminarily Approving Settlements, Providing for Notice, and Setting Final Approval Hearing, dated July 13, 2009 (Docket No. 833), has been fully and timely effectuated. More than 200,000 notices were mailed to potential Settlement Class Members. The deadline for objecting to approval of the settlements and/or the application for attorneys' fees and expenses was September 3, 2009. We are pleased to advise the Court that no objections have been received to either the motion for final approval of the settlements or to the fee and expense application.

Also filed herewith is the Declaration of Peter Crudo, Chief Executive Officer of the Court-approved Claims Administrator, Gilardi & Co., LLC ("Gilardi"). Mr. Crudo's declaration describes the significant work done by Gilardi in connection with claims administration in this matter. In addition, Mr. Crudo makes certain recommendations regarding claims matters as follows: (1) that Gilardi's claims recommendations be accepted (there are no pending disputes with any Settlement Class Member regarding a claims matter) (2) that a final cut-off date of December 31, 2009 be established for submission of any additional Proofs of Claim and no Proofs of Claim be accepted after that date; (3) that the Court permit distribution of settlement funds, under the supervision of Lead Plaintiffs' Counsel, after all settlements have become final without further order of the Court; (4) that Gilardi be permitted to destroy paper and electronic records of claim forms within one (1) and three (3) years, respectively, of the date of distribution of settlement funds; and (5) that upon finality of the settlements the Court authorizes payment to Gilardi from the settlement funds of all unpaid fees and expenses of the claims administrator incurred to date.

Submitted herewith is a stipulated amended form of final judgment regarding the settlement with defendants John J. Moores, Charles A. Noel III, Norris van den Berg, Richard A.

Hosley, Christopher A. Cole and Rodney F. Dammeyer, which contains an additional paragraph (paragraph 23) reflecting the foregoing recommendations, as well as identification of those persons and entities who requested exclusion on Exhibit 1 thereto.[1]  The settling defendants named in the proposed judgment have advised Lead Plaintiffs' Counsel that they have no objection to this amended form of judgment being entered by the Court.

In addition, lodged herewith is a proposed form of Order awarding attorneys' fees and reimbursement of expenses.  As noted, no objections have been submitted to the fee and expense application.

Dated: October 9, 2009              GOLD BENNETT CERA & SIDENER LLP


By: /s/ Solomon B. Cera
Solomon B. Cera
Gwendolyn R. Giblin
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Attorneys for Section 10(b) Lead Plaintiff
The Loran Group


STULL, STULL & BRODY


By: /s/Howard T. Longman
Howard T. Longman
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

---

[1]  The previously submitted form of final judgment can be found at Docket No. 826.

| | |
|---|---|
| 1 | ABRAHAM FRUCHTER & TWERSKY, LLP |
| 2 | |
| 3 | By: /s/Lawrence D. Levit |
| | Lawrence D. Levit |
| 4 | One Penn Plaza, Suite 2805 |
| | New York, New York 10119 |
| 5 | Telephone: (212) 279-5050 |
| 6 | Facsimile: (212) 279-3655 |
| 7 | Attorneys for Section 11 Lead Plaintiff |
| | Heywood Waga |