1

2

3

4

5

6

7

FILED

2009 OCT 22 PM 1: 12

CLERK US ........
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

8
UNITED STATES DISTRICT COURT

9
SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 IN RE PEREGRINE SYSTEMS, INC. SECURITIES LITIGATION<br><br>12<br><br>13 Defendants.<br><br>14<br><br>15<br><br>16<br><br>17 | Case No.: 02-CV-870 BEN (RBB)<br><br>**ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br><br>Date: October 16, 2009<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 3, 4th Floor<br>Judge: Hon. Roger T. Benitez |

18    This matter having come before the Court on October 16, 2009, on the application of

19  Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the

20  prosecution of this litigation; the Court, having considered all papers filed and proceedings

21  conducted herein, having found the settlements of this litigation as to defendants John J. Moores,

22  Charles E. Noell III, Norris van den Berg, Richard A. Hosley II, Christopher A. Cole, Rodney T.

23  Dammeyer, Stephen P. Gardner, Matthew C. Gless, Frederic B. Luddy and Richard T. Nelson

24  ("Settling Defendants") to be fair, reasonable and adequate and otherwise being fully informed in

25  the premises and good cause appearing therefor;

26    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

27    1.    This Court has jurisdiction over the subject matter of the application and all

28  matters relating thereto, including all members of the Class and Subclasses.

1    2.      Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil

2    Procedure, this Court hereby finds and concludes that due and adequate notice, including

3    individual mailed notice to all members of the Class and Subclasses who could be identified

4    through reasonable effort, was directed to all persons and entities who are Class and Subclass

5    Members, advising them of the application for an award of attorneys' fees and reimbursement of

6    expenses and of their right to object thereto, and a full and fair opportunity was accorded to all

7    such persons and entities to be heard with respect to the application for an award of attorneys'

8    fees and reimbursement of expenses.  No objections to the fee and expense application have been

9    submitted.

10    3.      The Lead Plaintiffs have recovered a total of $61,166,301 in connection with

11   settlements that came before this Court on October 16, 2009.  The Court hereby awards Lead

12   Counsel attorneys' fees of 20% of these Settlement Funds or $12,233,260, together with interest

13   earned thereon for the same time period and at the same rate as that earned on the Settlement

14   Funds until paid.  The Court finds that the amount of fees awarded is fair and reasonable under

15   the "percentage-of-recovery" method.

16    4.      The Court further awards reimbursement of expenses in the amount of

17   $179,741.33 together with interest earned thereon for the same time period and at the same rate

18   as that earned on the Settlement Funds until paid.

19    5.      The awarded attorneys fees and expenses, and interest earned thereon, shall be

20   paid to Lead Counsel from the Settlement Funds in accordance with all terms, conditions, and

21   obligations of the respective Stipulations of Settlement.

22   **IT IS SO ORDERED.**

23

24   Dated: October __/2009

25   The Honorable Roger T. Benitez
     United States District Judge

26

27

28

Order re Fee Motion                                    2                                    02cv870