**FILED**

APR − 4 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PEREGRINE SYSTEMS, INC., SECURITIES LITIGATION,<br><br>Defendants. | Case No. 02-CV-870 BEN (RBB)<br><br>**ORDER RE: DISTRIBUTION OF UNCLAIMED SETTLEMENT FUNDS** |

On April 4, 2011, the Court held the continued final-distribution hearing in the above-entitled action. As of this hearing date, $275,662.95 remain unclaimed in the settlement fund. This amount comprises: (i) uncashed, stale-dated checks; (ii) uncashed checks returned to Claims Administrator Gilardi & Co.; (iii) funds returned because they were duplicative; (iv) funds associated with a closed recipient account; (v) undistributed funds from disallowed administration costs; (vi) net reserves for claims in question; and (vii) earned interest. Good cause appearing, and pursuant to the Court-approved Stipulation and Agreement of Settlement between the parties,[1] it is hereby **ORDERED** that the unclaimed settlement funds remaining on deposit as of April 5, 2011 be donated to:

    (1)    the University of San Francisco School of Law's Investor Justice Clinic,

    (2)    New York Law School's Securities and Arbitration Clinic, and

---

[1] *See* Stip. & Agt. of Settlement with Defs. John J. Moores, Charles E. Noell III, Norris van den Berg, Richard A. Hosley II, Christopher A. Cole & Rodney F. Dammeyer (Aug. 8, 2008) [Doc. # 826] ¶ 20 ("Any funds remaining which have not been claimed by Authorized Claimants shall, after a reasonable period of time, be donated to a charity of Lead Plaintiffs' Counsel's choice.").

   (3)  the American Bar Association's Legal Opportunity Scholarship Fund. Each organization shall received one-third (1/3) of the total unclaimed settlement funds. Class Counsel Solomon B. Cera and Howard T. Longman shall supervise the distribution and shall concurrently transmit a copy of this Order to each donee organization.

   Within seven (7) days of the final distribution of the unclaimed settlement funds to the three donee organizations, above, Settlement Fund Controller Bruce Cozzi of Gilardi & Co. shall file a declaration to confirm that all unclaimed settlement funds have been donated.

**IT IS SO ORDERED.**

Dated: April ___, 2011

_____
THE HONORABLE ROGER T. BENITEZ
**UNITED STATES DISTRICT JUDGE**